UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:01CR56 ERW |
| | ) | And 4:01CR279 ERW |
| | ) | |
| RICHARD K. SCHMIT, | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF RESTITUTION

The United States of America acknowledges satisfaction of restitution.

        RAYMOND W. GRUENDER
        United States Attorney

        s/ Jane Rund
        JANE RUND   #47298
        Assistant United States Attorney
        111 S. 10th Street, Suite 20.333
        St. Louis, MO  63102
        (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2004, the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

Richard K. Schmit, Register No. 24396-018, FCI - Coleman Low, 846 N.E. 54th Terrace, Coleman, FL  33521-1029.

        s/ Jane Rund
        JANE RUND   #47298
        Assistant United States Attorney