Certified Mail Number  7005 0390 0000 8153 7352

Richard-Kenneth: Schmit
Secured Party Authorized Representative
c/o Post Office Box 904
West Palm Beach, Florida [33402]



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
       Plaintiff, )    Case/Cause No.
)
   V. )    4:01CR00056ERW and 4:01CR00279ERW
)
RICHARD K. SCHMIT )    MOTION TO DISMISS
)    COUNSEL OF RECORD
)
       Defendant. )
)

    **COMES NOW**, RICHARD KENNETH SCHMIT, The defendant in the above entitled case/cause and moves this Court for the following ORDER:

    Pursuant to CrR 3.1(e), the defendant in the above entitled case/cause now before this Honorable Court to dismiss counsel of record. It is the full and competent understanding of the defendant that he has the right under Criminal Rules of the Court to represent himself at any given time. The Court cannot dismiss counsel in a criminal prosecution and/or proceeding without the express recognition and agreement of the defendant and defendant's counsel of record.

    This MOTION serves as recognition and is the official request of the defendant in the entitled case/cause. Based on the MOTION the defendant requests that the Court ORDER the DISMISSAL OF:

        Kevin C. Curran
        Assistant Federal Public Defender
        1010 Market Street, Suite 200
        St. Louis, Missouri 63101

    FURTHERMORE, defendant asks this Court to allow defendant to proceed pro-se with the knowledge and understanding of all legal ramifications due in the above entitled case/cause currently before this Honorable Court.

                      Respectfully submitted,

                      by: *Richard-Kenneth: Schmit* -Agent
                      RICHARD KENNETH SCHMIT
                      REG# 24396-018
                      FEDERAL CORRECTIONAL COMPLEX -- LOW
                      P.O. BOX 1031   UNIT A/4
                      COLEMAN, FLORIDA 33521-1031

Copy sent:
Kevin C. Curran
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101

Richard K. Schmit 24396-018
Federal Correctional Complex
P.O. Box 1031 Unit a/4
Coleman, Florida 33521-1021



RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7005 0390 0000 8153 7352

James Wordard
Clerk of the Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Missouri 63102

63102$1125 0009