**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**PROBATION OFFICE**

DOUGLAS W. BURRIS
CHIEF PROBATION OFFICER

STEPHANIE M. BROWN
DEPUTY CHIEF PROBATION OFFICER

JUDY G. HOLT
ASSISTANT DEPUTY CHIEF PROBATION OFFICER

SCOTT A. ANDERS
ASSISTANT DEPUTY CHIEF PROBATION OFFICER



REPLY TO: ST. LOUIS OFFICE

THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH 10TH STREET, SUITE 2.325
ST. LOUIS 63102
314-244-6700
866-224-9866 (TOLL FREE)
314-244-6735(FAX)

112 FEDERAL BUILDING
339 BROADWAY
CAPE GIRARDEAU, MO 63701-7375
573-334-9651
800-373-6907 (TOLL FREE)
573-334-0845 (FAX)

February 10, 2009

Mr. Richard Schmit #24396-018
Federal Correctional Complex
846 N.E. 54th Terrace
P.O. Box 1023
Coleman, Florida 33521

RE: Financial Forms

Dear Mr. Schmit:

The probation office for the Eastern District of Missouri has received your correspondence, specifically, copies of various 1099 and 1040 forms. According to your case manager, you were under the impression that you were to provide financial disclosure to the probation office and were attempting to fulfill this obligation. However, financial disclosure does not begin until you have been released to your term of supervised release. The conditions of your term of supervised release will be explained to you in detail at that time.

Sincerely,

Allison K. Redfern
Senior U.S. Probation Officer

cc: The Honorable E. Richard Webber ✓
     Margaret Reherman, Case Manager, FCC Coleman

I:\Akr\Letters\letterhead.wpd